John Turney, Appellant, *v.* Henry M. Van Gelder et al., Respondents.*

(Submitted June 7, 1894; decided June 22, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made April 14, 1893, which affirmed a judgment in favor of defendants entered upon an order dismissing the complaint on trial at Special Term.

*Blumenstiel & Hirsch* for appellant.

*E. H. Benn* and *Lyman B. Bunnell* for respondents.

Agree to affirm on opinion of Follett, J., below.
All concur.
Judgment affirmed.

James H. Havens, Plaintiff, *v.* The West Side Electric Light and Power Company et al., Defendants.

Elsworth L. Striker, Respondent, *v.* Charles R. Vincent et al., Appellants.

(Argued June 7, 1894; decided June 22, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 18, 1892, which modified and affirmed as modified a judgment in favor of the defendant Elsworth L. Striker, entered upon a decision of the court on trial at Special Term.

*James M. Hunt* for appellants.

*George Bliss* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

* Reported below, 68 Hun, 481.